UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

DANIEL GISSANTANER,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### Felon in Possession of a Firearm

On or about September 25, 2015, in Calhoun County, in the Southern Division of the Western District of Michigan, the defendant,

DANIEL GISSANTANER,

having been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a loaded Remington Arms UMC Co. Inc., model 1911, .45 caliber semiautomatic pistol, bearing serial number 224245.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(e)

1

**FORFEITURE ALLEGATION**
(18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c))

The allegations contained in the sole Count of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in the sole Count of this Indictment, the defendant,

DANIEL GISSANTANER,

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the knowing commission of the offense, including, but not limited to, a loaded Remington Arms UMC Co. Inc., model 1911, .45 caliber semiautomatic pistol, bearing serial number 224245.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_____
JUSTIN M. PRESANT
Assistant United States Attorney