```
 1           IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
 2                    IN AND FOR THE COUNTY OF KING
 3   ----------------------------------------------------------
 4    STATE OF WASHINGTON,               )
 5         vs.                           )  No. 10-1-09274-5 SEA
 6    EMANUEL DEMELVIN FAIR,             )  TESTIMONY OF
 7                    Defendant.         )  NATHANIEL ADAMS
 8   ----------------------------------------------------------
 9                 VERBATIM TRANSCRIPT OF PROCEEDINGS
10   ----------------------------------------------------------
11   Heard before the Honorable Judge Mariane C. Spearman, at King
12   County Courthouse, 516 Third Avenue, Room W-863, Seattle,
13   Washington
14
15   APPEARANCES:
16
17         BRIAN McDONALD and ERIN EHLERT, representing the State;
18         BEN GOLDSMITH and PAUL VERNON, representing the Defendant.
19
20
21
22
23
24   DATE: September 21, 2016
25   REPORTED BY: Joanne Leatiota, RMR, CRR, CCP
```

1      So you know the input, you put it into the system,
2      you get an output, you don't see what happens in the
3      middle.  It's very results oriented.  Understanding the
4      procedures inside, you might have a general description
5      or a general intuition about them, but you do not know
6      the particulars, or at least you don't test for them.
7           White box or glass box testing is a transparent form
8      of testing which is very conducive towards procedural
9      testing to ensure that you have the appropriate
10     procedures in place, as opposed to desiring or
11     expecting an expected outcome.
12  Q. So are there strengths and weaknesses associated with
13     those two types of testing, white box or glass box
14     versus black box?
15  A. They both have their benefits.  White box testing can
16     be more time intensive, but if you don't ultimately
17     know the answer that you're looking for to ensure that
18     the process has been implemented correctly is very
19     important and can only be addressed -- well, cannot be
20     addressed by a black box test.  So naturally a white
21     box test is indicated in that occasion.
22          However, a black box test can be more cost-effective
23     because you have pairs of inputs and outputs that you
24     can test the system with to ensure that it operates
25     correctly.

| | | |
|---|---|---|
| 1 | Q. | Now, when we talked about the materials you reviewed, |
| 2 | | you indicated that you had reviewed some of the studies |
| 3 | | that Dr. Perlin had published? |
| 4 | A. | Yes. |
| 5 | Q. | And do you have the mathematical qualifications to |
| 6 | | understand everything in those studies? |
| 7 | A. | I don't have an advanced degree in mathematics. |
| 8 | Q. | In terms of characterizing those studies as either, you |
| 9 | | know, white box testing, black box testing or neither, |
| 10 | | could you describe where those studies fit in? |
| 11 | A. | I think there's a bit of a disparity between many of |
| 12 | | the conversations I have and some of the other |
| 13 | | conversations in this field.  There are concerns about |
| 14 | | experimental design, a scientific experiment.  This |
| 15 | | experimental design is generally, in my experience, |
| 16 | | what the scientists who develop the existing guidelines |
| 17 | | and standards and conduct the studies that are prolific |
| 18 | | in our field. |
| 19 | | On the other hand, the development of a product is a |
| 20 | | little more in the field of engineering as opposed to a |
| 21 | | scientific experimental design.  And while we share |
| 22 | | many terms of art, and it can get quite confusing when |
| 23 | | one party is discussing something while considering an |
| 24 | | experimental design as opposed to an engineered |
| 25 | | product. |

```
1    Q.   So where does -- where sort of in the spectrum of a
2         white box test where you know everything that's kind of
3         going on in the system to a black box test where you
4         put in an input and you get an output, where kind of on
5         that spectrum, if at all, would you put the studies
6         that Dr. Perlin published about TrueAllele?
7    A.   I wouldn't consider them to be software validations, if
8         that's what you're asking, or testing in accordance
9         with white box or black box principles.
10   Q.   Okay.  So it's really neither?
11   A.   They are not software tests from an engineering
12        perspective.
13   Q.   Okay.  Now, are you aware of whether -- aside from the
14        studies that Dr. Perlin has published, what, if any,
15        software testing has been done of TrueAllele?
16   A.   The studies -- and again, this is the terms of art.
17        There's a specific definition that I believe I included
18        in my statement for software testing, validation,
19        verification as used in software engineering, and there
20        is also the concept of validation studies in the field
21        of forensic DNA analysis.
22            And the studies that have been published on
23        probabilistic genotyping in general, not just specific
24        to Dr. Perlin, have tended to be more along the lines
25        of validating from a perspective of a scientist as
```

1    objection.  It's already been submitted to the Court as
2    well.  We're going to have a lot of duplication between
3    the appendixes that you've received and the exhibits in
4    this hearing.
5        THE COURT:  What about the change logs, 13 and 14?
6        MR. McDONALD:  No objection.
7        THE COURT:  For the purposes of this hearing only,
8    we will go ahead and admit 12, 13, 14 and 15.
9        (Defendant's Pretrial Exhibits 12-15 admitted.)
10       MR. GOLDSMITH:  Thank you, your Honor.
11       THE COURT:  Recess time till five to 11:00.
12       (Morning recess was taken.)
13                      CROSS-EXAMINATION
14   BY MR. McDONALD:
15   Q.  Good morning, Mr. Adams.
16   A.  Good morning.
17   Q.  We talked over the phone about six weeks ago; is that
18       right?
19   A.  That sounds right.
20   Q.  I want to talk to you a little bit about your
21       background.  My understanding is you got your
22       bachelor's in science -- in computer science from
23       Wright State two years ago; is that right?
24   A.  2014, yes.
25   Q.  And you have been working on your master's now for a

| | | |
|---|---|---|
| 1 | | couple years, and I think when we talked last, you were |
| 2 | | hoping to get it by the end of this year; is that |
| 3 | | right? |
| 4 | A. | Correct. |
| 5 | Q. | Now, you told us you had taken one class in statistics |
| 6 | | in college; is that right? |
| 7 | A. | One class specifically on statistics. |
| 8 | Q. | It was called statistics for engineers; is that right? |
| 9 | A. | That's a good working title. |
| 10 | Q. | You didn't take any classes in forensics.  Is that fair |
| 11 | | to say? |
| 12 | A. | Correct. |
| 13 | Q. | And while you were in college is when you started your |
| 14 | | first, I guess, real job involving computer science, |
| 15 | | and that was working for Dr. Krane's company.  It's |
| 16 | | Forensic Bioinformatics; is that correct? |
| 17 | A. | I don't know that it was my first real job, but... |
| 18 | Q. | I believe you said in computer science.  Is that fair |
| 19 | | to say? |
| 20 | A. | So I've worked as a programmer before, but certainly |
| 21 | | the more advanced topics of theory and computer |
| 22 | | science, then sure. |
| 23 | Q. | So any job you did even before then was prior to -- or |
| 24 | | while you were even earlier in college; is that right? |
| 25 | A. | I worked in high school.  As early as that. |

| | | |
|---|---|---|
| 1 | Q. | While you were in college, you were employed by |
| 2 | | Dr. Krane's company.  Is that fair to say? |
| 3 | A. | Correct. |
| 4 | Q. | And you started out as an intern there? |
| 5 | A. | Effectively, yes. |
| 6 | Q. | And then you moved up to a paying position; is that |
| 7 | | right? |
| 8 | A. | I was paid the whole time, but... |
| 9 | Q. | As an intern even? |
| 10 | A. | Correct. |
| 11 | Q. | And that's the only -- only job you have had since |
| 12 | | graduating from college; is that right? |
| 13 | A. | Since graduating from college, yes. |
| 14 | Q. | Now, Dr. Krane's company primarily provides services to |
| 15 | | attorneys.  Is that fair to say? |
| 16 | A. | Yes. |
| 17 | Q. | And it primarily provides services to defense |
| 18 | | attorneys? |
| 19 | A. | Yes. |
| 20 | Q. | And it's for DNA consulting services.  Is that a fair |
| 21 | | characterization? |
| 22 | A. | Yes. |
| 23 | Q. | Defense attorneys, who have DNA evidence in their case, |
| 24 | | send them information that they have, maybe even the |
| 25 | | data, and they get to consult with Dr. Krane and maybe |

| | | |
|---|---|---|
| 1 | | you about what those -- what that evidence is.  Is that |
| 2 | | fair to say? |
| 3 | A. | That's part of our business, yes. |
| 4 | Q. | And Dr. Krane's been doing this long before you ever |
| 5 | | joined the company, for about 20 years.  Were you aware |
| 6 | | of that? |
| 7 | A. | Yeah, I think the early '90s. |
| 8 | Q. | Or even longer than 20 years.  And he primarily works |
| 9 | | for defense attorneys? |
| 10 | A. | That's my understanding. |
| 11 | Q. | Well, since you have been there for the last two years. |
| 12 | | Is that true? |
| 13 | A. | Exclusively defense attorneys since I've been there. |
| 14 | Q. | And you have not worked for like a high tech or |
| 15 | | software company, have you? |
| 16 | A. | I've worked for technology companies before. |
| 17 | Q. | Which ones? |
| 18 | A. | I worked for VarTech doing computer administration, |
| 19 | | server maintenance, workstation installation. |
| 20 | Q. | When did you do that? |
| 21 | A. | I did that after high school and when I was in college |
| 22 | | as well. |
| 23 | Q. | What does VarTech do? |
| 24 | A. | I don't know what they do now, but they did service |
| 25 | | contracts for the maintenance and installation of |

|     |     |                                                                 |
| --- | --- | --------------------------------------------------------------- |
| 1   |     | computer systems for schools and businesses.                    |
| 2   | Q.  | Since getting your BS in computer science, have you             |
| 3   |     | done any work for any high tech or software company?            |
| 4   | A.  | Nothing paid, no.                                               |
| 5   | Q.  | And how about for any -- I mean, you have only worked,          |
| 6   |     | fair to say, for Dr. Krane's company since graduation?          |
| 7   | A.  | Correct.                                                        |
| 8   | Q.  | So when -- there were a lot of questions asking for in          |
| 9   |     | your experience, about the industry. We heard terms             |
| 10  |     | like that. That's based on your experience working for          |
| 11  |     | Dr. Krane's company and maybe what you read and have            |
| 12  |     | researched on your own?                                         |
| 13  | A.  | Yes.                                                            |
| 14  | Q.  | So you haven't, you know, what you -- the account of            |
| 15  |     | what happened with NASA, that's something you read              |
| 16  |     | about. You didn't work on that. Is that fair to say?            |
| 17  | A.  | Correct.                                                        |
| 18  | Q.  | You don't develop software for a company and then -- or         |
| 19  |     | do review of software for anything other than                   |
| 20  |     | Dr. Krane's company. Is that fair to say?                       |
| 21  | A.  | Correct.                                                        |
| 22  | Q.  | You have never published anything in a forensic                 |
| 23  |     | journal?                                                        |
| 24  | A.  | Nothing in a peer-reviewed journal.                             |
| 25  | Q.  | Or scientific journal, for that matter?                         |

| | | |
|---|---|---|
| 1 | A. | Nothing peer reviewed. |
| 2 | Q. | I think you mentioned presenting at CLEs.  Were those |
| 3 | | CLEs for lawyers? |
| 4 | A. | Yes. |
| 5 | Q. | Is that for defense attorneys? |
| 6 | A. | Some of them, I believe, are exclusively defense |
| 7 | | attorneys.  Others are open. |
| 8 | Q. | Now, with respect to probabilistic genotyping, is it |
| 9 | | fair to say that field involves a number of different |
| 10 | | disciplines? |
| 11 | A. | Very fair to say. |
| 12 | Q. | Like statistics, for example, that's a pretty |
| 13 | | significant part of probabilistic genotyping? |
| 14 | A. | Yes. |
| 15 | Q. | How about math? |
| 16 | A. | Yes. |
| 17 | Q. | Biology? |
| 18 | A. | Correct. |
| 19 | Q. | And then computer science, which is what your degree is |
| 20 | | in? |
| 21 | A. | Sure. |
| 22 | Q. | Now, did they have probabilistic genotyping cases -- |
| 23 | | classes at Wright State? |
| 24 | A. | I'm not aware of any classes anywhere for it. |
| 25 | Q. | Is it fair to say you're self-taught on that issue? |

1   A.   It's fair to say that everyone is self-taught on that
2        issue.
3   Q.   Well, you attended a workshop in St. Louis; is that
4        right?
5   A.   Yes.
6   Q.   And then you watched some webinars.  Is that fair to
7        say?
8   A.   I have.
9   Q.   When you say everyone must be self-taught, do you
10       suggest that people with significant backgrounds in
11       statistics have self-taught them probabilistic
12       genotyping principles?
13  A.   The leaders in the field or the ones who created
14       probabilistic genotyping?
15  Q.   Various disciplines, right?  Statistics, biology, math,
16       right?  Is that correct?
17  A.   Yes.
18  Q.   And those are things that people got educated about and
19       then applied those disciplines to this area.  Is that
20       fair to say?
21  A.   The only person I know with formal education in two or
22       more of these fields is Dr. Perlin.
23  Q.   What do you know of his education?
24  A.   I understand he has Ph.D.s in math and computer
25       science.