REPORTER'S RECORD

VOLUME 2 OF 3

TRIAL COURT CASE NO. 5216

| | | |
|---|---|---|
| STATE OF TEXAS | ) | IN THE DISTRICT COURT |
| | ) | |
| VS. | ) | GRAY COUNTY, TEXAS |
| | ) | |
| HENRY WATKINS SKINNER | ) | 31ST JUDICIAL DISTRICT |

***************************************************************

EVIDENTIARY HEARING

***************************************************************

On the 9th day of January, 2018, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Steven Emmert, Judge Presiding, in the District Court, Gray County, Pampa, Texas:

Proceedings reported by machine shorthand.

A P P E A R A N C E S:

| | |
|---|---|
| MR. MATTHEW D. OTTOWAY | MR. ROBERT C. OWEN |
| ASSISTANT ATTORNEY GENERAL | ATTORNEY AT LAW |
| CRIMINAL APPEALS DIVISION | SBOT# 15371950 |
| SBOT# 24047707 | 375 East Chicago Avenue |
| MR. JAY D. CLENDENIN | Chicago, IL 60611-3069 |
| ASSISTANT ATTORNEY GENERAL | (312) 503-0135 |
| CRIMINAL APPEAL DIVISION | ATTORNEY FOR DEFENDANT |
| SBOT# 24059589 | |
| P.O. Box 12548 | MR. DOUGLAS G. ROBINSON |
| Austin, TX 78711-2548 | PRO HAC VICE |
| (512) 936-1400 | SKADDEN, ARPS, SLATE, |
| ATTORNEYS FOR THE STATE | MEAGHER & FLOM LLP |
| | DISTRICT OF COLUMBIA # 10850 |
| | 1440 New York Avenue, N.W. |
| | Washington DC 20005 |
| | (202) 371-7800 |
| | ATTORNEY FOR DEFENDANT |

Toni A. McClendon, CSR
P.O. Box 766, Wheeler, Texas 79096
(806) 826-5501  (806) 665-4176

```
                                                          2
 1                           INDEX
 2                                              PAGE    VOL.
 3   Court Calls Hearing ---------------------   5       2
 4   Defense Rests ---------------------------  115      2
 5   Index -----------------------------------    2      2
 6   Reporter's Certificate ------------------  264      2
 7                    CHRONOLOGICAL INDEX
 8   DEFENDANT'S WITNESSES
 9             Direct  Cross  Redirect  Recross  VoirDire Vol.
10   Nathaniel Adams   9      69      77       79       52     2
11   Jennifer Hornyak 81     105     114       --       --     2
12   STATE'S WITNESSES
13             Direct  Cross  Redirect  Recross  VoirDire Vol.
14   Bruce Budowle    119    164      --       --      156     2
15   Brent Hester     181    230    248,251  250,254    --     2
16                    ALPHABETICAL INDEX
17   DEFENDANT'S WITNESSES
18             Direct  Cross  Redirect  Recross  VoirDire Vol.
19   Nathaniel Adams   9      69      77       79       52     2
20   Jennifer Hornyak 81     105     114       --       --     2
21   STATE'S WITNESSES
22             Direct  Cross  Redirect  Recross  VoirDire Vol.
23   Bruce Budowle    119    164      --       --      156     2
24   Brent Hester     181    230    248,251  250,254    --     2
25
```

3

```
                        EXHIBIT INDEX

EXHIBIT                                       OFFERED  ADMITTED  VOL.

DX 41                                           11       11       2
  Nathaniel Adams' CV

DX 42                                          115      119       2
  Review & Analysis of Selected STRmix DNA Results

DX 43                                           82       82       2
  Jennifer Hornyak's CV

DX 44                                          101      101       2
  Computer Interpretation of Quantitative DNA Evidence

DX 45                                           91       91       2
  Cybergenetics Report

DX 46                                          115      119       2
  Summary of DPS Test Results for Selected Items

DX 47                                          115      119       2
  Carpet from Entrance to Kitchen

DX 48                                          115      119       2
  Blanket from Boys' Bedroom, Stain 3

DX 49                                          115      119       2
  Dishtowel from Plastic Bag in Living Room, Side 1

DX 50                                          115      119       2
  Carpet from Boys' Bedroom, Stain 2

DX 51                                          115      119       2
  Carpet Cut from Boys' Bedroom, Stain 3

DX 52                                          115      119       2
  Tennis Shoe from Boys' Bedroom, Stain 1

DX 53                                          115      119       2
  Tennis Shoe from Boys' Bedroom, Stain 2

DX 54                                          115      119       2
  Cassette Holder from Boys' Bedroom

DX 55                                          115      119       2
  Sample from Knife Found on Front Porch, Stain 4
```

| | EXHIBIT | OFFERED | ADMITTED | VOL. |
|---|---|---|---|---|
| 1 | | | | |
| 2 | DX 56  Laboratory System Validation Report | 115 | 119 | 2 |
| 3 | DX 57  Method Validation | 115 | 119 | 2 |
| 4 | | | | |
| 5 | DX 58  DNA Extraction Worksheet | 115 | 119 | 2 |
| 6 | DX 59  From case folder PDF | 115 | 119 | 2 |
| 7 | | | | |
| 8 | DX 60  Sample, Minifiler Results, STRmix Results | 115 | 119 | 2 |
| 9 | SX 40  DNA Laboratory Report | 192 | 192 | 2 |
| 10 | | | | |
| 11 | SX 41  Supplemental Minifiler Laboratory Report | 193 | 193 | 2 |
| 12 | SX 42  2012/2013 DPS Reports and 2016 DPS Reports | 200 | 200 | 2 |
| 13 | | | | |
| 14 | SX 43  2013 DPS Report(Minifiler), 2017 DPS Report(Minifiler) | 200 | 200 | 2 |
| 15 | SX 44  Statement of Qualifications | 183 | 183 | 2 |
| 16 | | | | |
| 17 | SX 45  Bruce Budowle CV | 122 | 123 | 2 |
| 18 | SX 47  GeneMapper | 155 | 157 | 2 |
| 19 | | | | |
| 20 | SX 48  GeneMapper | 160 | 160 | 2 |
| 21 | SX 49  Numbers Chart | 135 | 135 | 2 |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |

1         A.     Well, if you are looking at a two-person
2    mixture, that has 0.125 nanograms of DNA amplified.  And if
3    you're looking at that in a 20 to 1 mixture ratio, you would
4    expect, you sum those together, those numbers together so
5    that would be 1 over 21 and then multiply that by 0.125 or we
6    could defer it to picograms and just call it 125 picograms.
7    So there would be approximately 6 picograms from a minor
8    contributor evaluated under a 20 to 1 mixture ratio at 125.
9         Q.     And how does that compare to the other numbers
10   that you observed or calculated in the items of interest with
11   respect to the amount of template DNA that was present for
12   those items?
13        A.     Those line up with -- with some of the
14   inferences we've made from STRmix's output.
15        Q.     I'm sorry.  I don't understand your answer.
16   Could you -- could you tell me in what way they line up?
17   What do you mean by that?
18        A.     Oh, there's a range of values that based on
19   the calculations I did on that worksheet, that assuming there
20   is a minor contributor in that mixture, there's a variation
21   in the amounts of -- they change by a bit.  They go down as
22   low -- they go down to about a picogram on that worksheet and
23   up to several dozen picograms, I believe.  And that is
24   represented by some of the mixtures that DPS evaluated in the
25   two-person STRmix validation, internal validation.

1  Q. Is it represented by all of the mixtures that
2  DPS or even the majority of the mixtures that DPS used in
3  their validation studies?
4  A. Those extreme mixtures that -- that we've been
5  looking at in this case are on the small end of what DPS
6  considered in their validation studies.
7  Q. Does it matter that DPS conducted it's
8  internal validation studies with STRmix using different
9  template amounts than the ones that are estimated for our
10  items of interest?
11  A. We're -- it's more informative as to the
12  expectations of how STRmix would perform if we're comparing
13  casework samples the more closely they resemble the
14  evaluations performed during the validation studies, the more
15  confident we can feel in those conclusions.
16  Q. According to the research and the scientific
17  literature that you are familiar with, how does STRmix behave
18  when it's evaluating DNA samples where the template amounts
19  are very small?  Is there any observed effect on the
20  operation of STRmix from it's evaluation of really really
21  small amounts of DNA?
22  A. Well, our expectation with small amounts of
23  DNA is that any signal produced by that contribution is going
24  to be very small, which is associated with greater
25  uncertainty about the origin of that DNA in terms of

1   genotype, in terms of contributor quantity.  There's a lot of
2   complications going into such an interpretation.  So we would
3   expect conclusions -- statistical conclusions about those
4   various explanations to be more diffuse, to be less certain
5   about particular explanations.  And that means the likelihood
6   ratios tend to trend towards 1 the smaller amount of DNA that
7   goes into a mixture evaluated by STRmix.
8           Q.      And this may be a different way of captioning
9   what you just said.  But let me ask if this is a correct
10  understanding that one of the ways in which one might observe
11  this behavior of STRmix is greater variability in the
12  likelihood ratios that it outputs if it is examining smaller
13  amounts of DNA material?
14          A.      To look at that, we could run STRmix
15  repeatedly variations across repeat runs of STRmix.  But
16  within one run we would generally expect the probabilities to
17  be more spread out amongst more possible genotypes.
18          Q.      I'm going to talk about another factor that
19  might be in play with respect to the samples of interest in
20  this case.  What does it mean to say that a DNA sample has
21  undergone degradation?
22          A.      Degradation is going to be the breaking of the
23  DNA molecules such that they can't be reliably genotyped and
24  that is typically associated with a greater loss of larger
25  DNA molecules.  So if we're looking at an electropherogram we

1   would experience less loss from degradation on the shorter
2   molecules to the left side of the electropherogram and more
3   loss of those peaks to the right side of the
4   electropherogram.
5           Q.    What types of factors could contribute to
6   degradation?
7           A.    Environmental factors?
8           Q.    Yeah.
9           A.    So increased moisture and UV light.  DNA will
10  degrade over time, but it is accelerated by the environmental
11  factors; heat and moisture, light.
12          Q.    Were you aware of any laboratories which when
13  conducting internal validation studies for probabilistic
14  genotyping software have intentionally degraded samples in
15  order to see how the software reacts when it's working with
16  degraded samples?
17          A.    The New York OCME intentionally degraded some
18  of their samples.
19          Q.    Are you aware of what -- what their
20  observations were about how STRmix behaved in processing
21  those kinds of samples?
22          A.    Sorry that was for their forensic statistical
23  tool validation that -- that I read that.  They ultimately
24  removed the degradation selector, there is no longer the
25  option.  After conducting that study, they didn't include

1  Mr. Ottoway calls it, is irrelevant to whether you can read
2  this output or not.  And Mr. Adams also said that his daily
3  job tasks include reading electropherograms and studying
4  electropherograms and comparing them to other
5  electropherograms.  And I think if the Court wants to weigh
6  how much weight to give his testimony on this point after
7  he's been cross examined, certainly you can do that.  But I
8  don't think that the State has established he shouldn't be
9  allowed to testify.
10           THE COURT:  Okay.  You may proceed.  Go ahead.
11                    DIRECT EXAMINATION (CONT)
12 BY MR. OWEN:
13      Q.    Mr. Adams, I was asking you to take a look at
14 this electropherogram we were just referring to D47 -- DX 47
15 at page 8.  And tell us what you see there, if anything, that
16 might show reason to question the explanation we just read
17 for calling this sample a mixture of two persons?
18      A.    Well, it -- excuse me.  At D8 we see two tall
19 peaks that labels with 10 and 14.
20      Q.    Mr. Adams, I'm going to stop you for just a
21 second to make sure that the Court and the State are on the
22 same page where we are.  But we're at the top of these three
23 boxes on page 8; is that correct?
24      A.    Yes.
25      Q.    And when you say we're at D8, looking at D8,

1  where is that?
2       A.    That's the -- the first locus.  That's the
3  area covered by the first green bar on the top row.
4       Q.    And does it say D8 on there for reference
5  purposes?
6       A.    It does on the green bar.  This reproduction
7  also has D8 typed below the labels that I was just
8  referencing.
9       Q.    Okay.  I'm sorry to interrupt you.  If you can
10 continue.  I appreciate it.
11      A.    So the -- the labels associated with 10 and
12 14, these two peaks at 10 and 14 have RFU values of over 1000
13 and there are two peaks to the left of each of those two tall
14 peaks, exactly one repeat shorter, so 9 has a peak height of
15 123 compared to that 10's peak height of 1,927.  So the 9 is
16 in position to be considered minus stutter.  And that 13 with
17 a height of 91 is in a similar position to the 14 and
18 considered minus stutter off of that 14 peak.
19      Q.    Could you explain to the Court what minus
20 stutter is.  What is stutter in that electropherogram?
21      A.    Stutter is a product of the amplification
22 process where there is a contribution of actual allelic
23 material associated with, in this case it would be associated
24 with the 10 and the 14 peaks.  During the amplification
25 process, there can be an artifact produced where a shorter

1  peak or a taller peak -- a taller -- it's really a longer or
2  a shorter amplified sequence of DNA is recorded.  So this
3  peak that's in the 9 position could be a product of that --
4  that artifact of the amplification process as opposed to
5  being a 9 from an actual human being an actual contributor to
6  a sample.  So this is one of the considerations, that STRmix
7  does the evaluation of the -- the minus stutter peaks.
8  However, the -- so the 9 and the 13 they might be explained
9  by this -- this minus stutter explanation.  But that 11 is
10 not in a minus stutter position to any tall peak.  So it
11 could be from a real contributor.  It is, however, in the
12 plus stutter position to this 10 peak.  And it's small size
13 relative small height, relative to that 10 peak is -- is
14 somewhere in the area that we would expect plus stutter to be
15 approximately.
16          Q.    What's that -- what's that range for a plus
17 stutter?
18          A.    It's generally around 1 to 3 percent.  Minus
19 stutter is typically associated with taller peaks.  So those
20 might be in the 10 or 15 percent range up to that height.
21 Another explanation for that 11 peak, I suppose, could drop
22 in -- drop-in peaks.
23          Q.    Would you tell us what drop-in is please?
24          A.    It is -- it's technically contamination, but
25 it is generally considered to be contamination that's only

1    occurring at a single locus.  That it is not associated with
2    a contamination of an entire profile.  It's a straight piece
3    of genetic material that somehow got into the sample that's
4    not associated with a full contributor to the sample.  And
5    since it is a straight piece of genetic material it is
6    typically not associated with very tall peak heights.  So
7    there's a variety of explanations that could be given for
8    that 11, one of which requires it to be a two-person mixture,
9    but the other two do not necessarily.
10           Q.    Was the version of STRmix that was used in
11   this case version 2.3.07, was it capable of contributing any
12   of this observed data to a plus or forward stutter?
13           A.    Not this version of STRmix.
14           Q.    And -- and that's because it just didn't have
15   it as part of its program?  It wasn't programmed to do that?
16           A.    It was added in a later version of STRmix.
17           Q.    Okay.  Has Texas DPS Lab set any parameter for
18   STRmix that affected the ability of the program to attribute
19   any of the observed data to drop-in which you mentioned
20   earlier?
21           A.    Yeah, this -- this version of STRmix used in
22   this case was capable of evaluating drop-in, but DPS set
23   their drop-in parameters to zero.  It -- it didn't allow an
24   attribution of observed DNA to the --
25           Q.    Possibility of a drop-in?

1    A.      -- the explanation of drop-in, yes, sir.
2    Q.      Did those two considerations, the absence of
3  the ability of the program to take account of positive
4  stutter as a possible explanation and the setting of the
5  drop-in cap at zero, did those things constrain the analysis
6  that STRmix was able to perform?
7    A.      Yes.
8    Q.      In what way?
9    A.      It required an attribution of that 11 to a
10 second contributor.
11   Q.      So STRmix in that sense had no other option to
12 then to call it a mixture or to attempt to explain the data
13 for -- as a -- as a mixture, is that right?
14   A.      None that I can think of and none that was
15 reported.
16   Q.      By the way, what does it mean to attribute the
17 purported extra allele at D8 to a lower threshold?  That
18 phrase "lower threshold" was in the notes that I -- that I
19 mentioned that we saw in Mr. Hester's worksheet.  What did --
20 what threshold are we talking about and how did it get lower?
21   A.      It -- it seems to be talking about the
22 analytical threshold.  There were earlier printouts of this
23 electropherogram that didn't have this 11 peak present.  And
24 it's my understanding that this is the lowering of the
25 analytical threshold, that's the noise threshold for