UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      No. 1:17-CR-00130

  vs.                              HON. JANET T. NEFF
                                    United States District Judge

DANIEL GISSANTANER,

        Defendant.
_____/

## LOCAL CRIMINAL RULE 12.4 CERTIFICATE

      Pursuant to Local Criminal Rule 12.4, the undersigned counsel for the government has conferred with defense counsel by telephone regarding the relief sought, and defense counsel has indicated opposition.

                                                             Respectfully submitted,

                                                             ANDREW BYERLY BIRGE
                                                             United States Attorney

Dated:  May 21, 2018               /s/ Justin M. Presant
                                                             JUSTIN M. PRESANT
                                                             Assistant United States Attorney
                                                            P.O. Box 208
                                                           Grand Rapids, MI 49501
                                                           (616) 456-2404